IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN BRANCH, as Guardian Ad Litem for
CYNTHIA N., CHARLES N., and CHRISTINA N.,
minor children, and KEVIN MARTINEZ, as Guardian
Ad Litem for JAMES R., DIANA R., and MICHAEL R.,
minor children,

        Plaintiffs,

vs.                                    Civ. No. 01-922 MV/WWD ACE

FARMERS INSURANCE COMPANY OF ARIZONA,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon a Motion for Order Allowing Farmers to File Rule 11 Motion on "Day 20", or Alternatively, on June 11, 2002, and Request for Expedited Ruling [docket no. 94]. After considering the submissions of counsel, I find that the motion is well taken; however, because of delay in my consideration of the motion, the date for filing the motion will be other than requested in the motion. In this situation, notwithstanding the fact that a poor relationship exists between counsel, an accommodation should have been reached. The instant motion has been a waste of attorney time and resources as well as a waste of time for the Court.

        **WHEREFORE,**

        **IT IS ORDERED** that Defendant may file its Rule 11 motion on or before June 19, 2002.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE