IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN BRANCH, as Guardian Ad Litem for
CYNTHIA N., CHARLES N., and CHRISTINA N.,
minor children, and KEVIN MARTINEZ, as Guardian
Ad Litem for JAMES R., DIANA R., and MICHAEL R.,
minor children,

        Plaintiffs,

vs.                               Civ. No. 01-922 MV/WWD ACE

FARMERS INSURANCE COMPANY OF ARIZONA,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant Farmers Insurance Company of Arizona's Motion for Protective Order [docket no. 101] filed May 24, 2002. The motion seeks protection from certain requests in the second request for production served on Defendant by Plaintiffs on March 5, 2002. The Request for Production did not accompany the motion as required by D.N.M.-LR-Civ. 37.1(a); consequently, I am unable to evaluate the assertions made by Defendant in its motion.

**WHEREFORE,**

**IT IS ORDERED** that Defendant Farmers Insurance Company of Arizona's Motion for Protective Order be, and it is hereby, **DENIED.**

                                                          UNITED STATES MAGISTRATE JUDGE